CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Friends of Mississippi Public Lands )
and Center for Biological Diversity )
)
)
      Plaintiff )
   vs )
)
Dirk Kempthorne, Sued in his official )
capacity as U.S. Secretary of the )
Interior )
)
      Defendant )

Case: 1:07-cv-02073
Assigned To : Walton, Reggie B.
Assign. Date : 11/15/2007
Description: Admn. Agency Review

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Friends of Mississippi Public Lands and Center for Biological Diversity_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Friends of Mississippi Public Lands and Center for Biological Diversity_ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

453116
_____
BAR IDENTIFICATION NO.

Michael Senatore
_____
Print Name

1601 Connecticut Avenue, N.W., Suite 701
_____
Address

Washington, D.C.   20009
_____
City  State  Zip Code

202-232-1216
_____
Phone Number

2