UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF MISSISSIPPI PUBLIC LANDS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-02073 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION PRO HAC VICE

I, Michael Senatore, D.C. Bar #453116, hereby moves pursuant to D.C. App. R. 49(c)(7) for Pro Hac Vice admission on behalf of Plaintiffs' Attorney, Misty K. Ewegen, a Colorado Attorney, Attorney Registration #38209, to represent the Friends of Mississippi Public Lands and the Center for Biological Diversity in the present case.

Ms. Ewegen is admitted to the practice of law in the State of Colorado and is a member in good standing to the highest court of that State. D.C. App. R. 49(c)(7)(ii).

Ms. Ewegen is not otherwise engaged in the practice of law or holding out as authorized to practice law in the District of Columbia. D.C. App. R. 49(c).

The required applicant declaration is attached to this motion. D.C. App. R. 49(c)(7)(ii).

Accordingly, I move the Court to grant the application for Pro Hac Vice admission for Case No. 1:07-cv-02073.

Respectfully submitted this 5th day of December 2007,

_____/s/_____
Michael Senatore
Center for Biological Diversity

1601 Connecticut Avenue, N.W., Suite 701
Washington, D.C. 2009
202-232-1216 (phone)
*Local Counsel for Plaintiffs*
*Attorney Registration D.C. #453116*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF MISSISSIPPI PUBLIC LANDS<br>122 Riverside Drive<br>Greenwood, MS 38930;<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY,<br>1333 N. Oracle Rd.<br>Tucson AZ 85705<br><br>Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, sued in his official<br>capacity as U.S. Secretary of the Interior,<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240<br><br>Defendants. | Case No. 1:07-cv-02073 |

**Declaration concerning pro hac vice admission**

I, Misty Katherine Ewegen, Attorney Registration Colorado #38209, in accordance with LCvR 83.2(d), declare and certify:

(1) That my office is located at 51 Broadway, Freehold NJ 07728;

(2) That I am admitted to the practice of law for the Bar of the State of Colorado and am a member in good standing;

(3) That I have not been disciplined by any Bar;

(4) That I have not been admitted pro hac vice in this court in the last two years;

(5) That I do not engage in the practice of law from an office located in the District of Columbia;

(6) That I am not a member of the District of Columbia Bar;

(7) That I have an application for membership pending to the District of Columbia Bar.


_____                        11/30/07
Misty Katherine Ewegen                            Date
Attorney Registration Colorado #38209
51 Broadway
Freehold, NJ 07728
720.935.8488 (phone)
Misty.Ewegen.Law@gmail.com (Email)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF MISSISSIPPI PUBLIC LANDS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:07-cv-02073 (RBW) ) |
| DIRK KEMPTHORNE, Secretary of the Interior, | ) ) |
| Defendant. | ) ) ) |

THIS MATTER having been presented to the Court by Misty Ewegen and Michael Senatore, counsel to plaintiffs Friends of Mississippi and Center for Biological Diversity, and the Court having considered this matter, the papers submitted and for other good and sufficient reason,

IT IS on this ____ day of _____, 2007,

ORDERED that the Plaintiff Attorney Motion for Pro Hac Vice Admission be granted for case no. 1:07-cv-02073 (RBW).

_____
Reggie B. Walton
U.S. District Judge