IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF MISSISSIPPI PUBLIC LANDS and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:07-cv-02073-RBW (D.D.C.) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

The Court and counsel will please take notice that RICKEY DOYLE TURNER JR. of the United States Department of Justice, hereby enters his appearance as counsel for the Defendants in the above-captioned action.

Relevant address, telephone numbers, and contact information for Mr. Turner are as follows:

<u>MAILING ADDRESS</u>
Rickey Doyle Turner Jr.
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station

P.O. Box 7369

Washington, D.C. 20044-7369

OVERNIGHT DELIVERY/STREET ADDRESS

Rickey Doyle Turner Jr.

Environment and Natural Resources Division

Wildlife & Marine Resources Section

U.S. Department of Justice

601 D Street, NW, Room 3033

Washington, D.C. 20004

TELEPHONE AND FAX NUMBERS

Telephone: (202) 305-0229

Facsimile: (202) 305-0275

ELECTRONIC CORRESPONDENCE:

rickey.turner@usdoj.gov

Respectfully submitted, December 26, 2007;

> RONALD J. TENPAS
> Acting Assistant Attorney General
> Environment & Natural Resources Division
> U.S. Department of Justice
> JEAN E. WILLIAMS, Chief
> LISA L. RUSSELL, Assistant Chief
>
> /s/ Rickey Doyle Turner, Jr.
> RICKEY DOYLE TURNER, JR.
> Trial Attorney
> CO Bar No. 38353
> Wildlife & Marine Resources Section
> Environment & Natural Resource Division

                Benjamin Franklin Station, P.O. Box 7369
                Washington, D.C. 20044-7369
                Telephone: (202) 305-0229
                Facsimile: (202) 305-0275

Of Counsel:

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of December, 2007, I caused a copy of the foregoing to be served on the following counsel by means of the Court's electronic filing system:

Michael Senatore
msenatore@biologicaldiversity.org

Misty K. Ewegen
misty.ewegen.law@gmail.com


                                               **s/ Rickey Doyle Turner Jr.**
                                               Rickey Doyle Turner Jr.
                                               rickey.turner@usdoj.gov